## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Michael Gibbs  
      Rechinda Palmer-Gibbs  
                 Debtor(s)

BK NO. 19-04690 HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                                       Respectfully submitted,

                              /s/ *Rebecca Solarz*  
                              Rebecca Solarz  
                              01 Dec 2020, 12:01:27, EST

                              KML Law Group, P.C.  
                              BNY Mellon Independence Center  
                              701 Market Street, Suite 5000  
                              Philadelphia, PA  19106  
                              215-627-1322