UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GIBBS and : CHAPTER 13
RECHINDA PALMER-GIBBS :
Debtor(s) :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
Movant :
:
vs. :
:
MICHAEL GIBBS and :
RECHINDA PALMER-GIBBS :
Respondent(s) : CASE NO.   1-19-bk-04690


<u>TRUSTEE'S OBJECTION TO SECOND AMENDED CHAPTER 13 PLAN</u>

AND NOW, this   4th   day of May, 2021, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1.   Debtor(s)' plan violates 11 U.S.C. Sec. 1322(a)(1) in that the debtor(s) has not submitted all or such portion of the disposable income to the Trustee as required.   More specifically,

Trustee alleges and avers that debtor(s)' disposable income is greater than that which is committed to the plan based upon the Means Test calculation and specifically disputes the following amounts:

a.   Excess disposable income to unsecured claims ($53,550.60).

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

a.   Deny confirmation of debtor(s) plan.
b.   Dismiss or convert debtor(s) case.
c.   Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY:        /s/James K. Jones
           Attorney for Trustee

<u>CERTIFICATE OF SERVICE</u>

AND NOW, this   4th   day of May, 2021, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

/s/Deborah A. Behney
Office of Charles J. DeHart, III
Standing Chapter 13 Trustee