# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

May 21, 2021

**<u>Via ECF Only</u>**

TO: US BANKRUPTCY COURT - CLERK

RE: Michael & Rechinda Gibbs
Chapter 13 Bankruptcy Case No. 1-19-04690

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The <u>new</u> address is:

AMERICAN MEDICAL RESPONSE C/O CREDENCE
4222 TRINITY MILLS ROAD, STE 260
DALLAS TX 75287-7666

The Creditor's <u>previous</u> address was as follows:

AMERICAN MEDICAL RESPONSE C/O CREDENCE
17000 DALLAS PARKWAY 204
DALLAS TX 75248-1940

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/srm