UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GIBBS and : CHAPTER 13
RECHINDA PALMER-GIBBS :
    Debtor(s) :
     :
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
    Movant :
     :
    vs. :
     :
MICHAEL GIBBS and :
RECHINDA PALMER-GIBBS :
    Respondent(s) : CASE NO.   1-19-bk-04690

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
SECOND AMENDED CHAPTER 13 PLAN

    AND NOW, this   2nd   day of June, 2021, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about May 4, 2021 be withdrawn as all issues have been resolved.


    Respectfully submitted:

    /s/Jack N. Zaharopoulos
    Standing Chapter 13 Trustee
    8125 Adams Drive, Suite A
    Hummelstown, PA 17036
    (717) 566-6097


CERTIFICATE OF SERVICE

    AND NOW, this   3rd   day of June, 2021, I hereby certify that I have served the
within Motion by electronically notifying parties or by depositing a true and correct copy of the
same in the United States Mail at Harrisburg, Pennsylvania, postage prepaid, first class mail,
addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

    /s/Deborah A. Behney
    Office of Jack N. Zaharopoulos
    Standing Chapter 13 Trustee