UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: MICHAEL GIBBS and : CHAPTER 13
RECHINDA PALMER-GIBBS :
  Debtor(s) :
:
JACK N. ZAHAROPOULOS :
STANDING CHAPTER 13 TRUSTEE :
  Movant :
:
vs. :
:
MICHAEL GIBBS and :
RECHINDA PALMER-GIBBS :
  Respondent(s) : CASE NO. 1-19-bk-04690

## TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 31st day of January, 2022, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to the confirmation of the above-referenced debtor(s)' plan for the following reason(s):

1. The Trustee avers that debtor(s)' plan is not feasible based upon the following:

   a. Plan ambiguous

   (1) Payment
   (2) Base amount

WHEREFORE, Trustee alleges and avers that debtor(s) plan is nonconfirmable and therefore Trustee prays that this Honorable Court will:

   a. Deny confirmation of debtor(s) plan.
   b. Dismiss or convert debtor(s) case.
   c. Provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/James K. Jones
    Attorney for Trustee

Case 1:19-bk-04690-HWV    Doc 101    Filed 01/31/22    Entered 01/31/22 09:45:44    Desc
Main Document    Page 1 of 2

## CERTIFICATE OF SERVICE

        AND NOW, this 31st day of January, 2022, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Gary Imblum, Esquire
4615 Derry Street
Harrisburg, PA   17111

                                              /s/Deborah A. Behney
                                              Office of Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee