**IMBLUM LAW OFFICES, P.C.**

4615 DERRY STREET
HARRISBURG, PA 17111

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

Telephone
717.238.5250
Facsimile
717.558-8990

October 18, 2023

<u>Via ECF Only</u>

TO: US BANKRUPTCY COURT - CLERK

RE: Michael Gibbs & Rechinda Palmer-Gibbs
Chapter 13 - Bankruptcy Case No. 1:19-bk-04690-HWV

Dear Clerk:

Please be advised that the address for <u>Michael Gibbs</u> has changed. The <u>new</u> address is:

MICHAEL GIBBS
210 ARBOR CIRCLE
CHESTER, PA 19013

The address for Rechinda Palmer-Gibbs remains as follows:

RECHINDA PALMER-GIBBS
25 BURBERRY LANE
MOUNT WOLF, PA 17347

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum

GJI/cvs