UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PA

Chapter: 13
Case No: 1904690

In re: MICHAEL GIBBS

Account Number: 6466

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 24 filed on or about 04/16/2020 in the amount of $4,611.36 , and in furtherance, states as follows:

(1) no objection to the claim has been filed;

(2) the claimant is not a defendant in an adversary proceeding in the case; and

(3) in a Chapter 11, 12 or 13 case, the claimant has not accepted or rejected the plan or otherwise participated meaningfully in the case.

On this 1/30/2026.

By: /s/ Ciara M. Lawton
Ciara M. Lawton, Bankruptcy Representative
Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541
E-mail: Bankruptcy_Info@portfoliorecovery.com