# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

February 18, 2026

**<u>Via ECF Only</u>**

TO:     US BANKRUPTCY COURT - CLERK

RE:     Michael Gibbs
         Chapter 13 - Bankruptcy Case No.  1:19-bk-04690

Dear Clerk:

Please be advised that the address for the following Creditor has changed.  The <u>new</u> address is:

PERIOPERATIVE CONSULT SURG
615 CREIGHTON ROAD
VILLANOVA PA 19085-2033

The Creditor's <u>previous</u> address was as follows:

PERIOPERATIVE CONSULT SURG
449 POLO COURT
COLLEGEVILLE PA 19426-1267

Very truly yours,

IMBLUM LAW OFFICES,  P.C.

*Gary J Imblum*

Gary J. Imblum

GJI/srm