**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
| MICHAEL GIBBS | : | CASE NO. 1:19-bk-04690-HWV |
| | : | |
| Debtor | : | CHAPTER 13 |

**ORDER OF COURT**
**PERMITTING FOURTH APPLICATION OF ATTORNEY FOR CHAPTER**
**13 DEBTORS FOR INTERIM COMPENSATION AND REIMBURSEMENT OF**
**EXPENSES AS CHAPTER 13 ADMINISTRATIVE EXPENSES**

Upon consideration of the Fourth Application of Attorney for Chapter 13 Debtors for

Interim Compensation and Reimbursement of Expenses as Chapter 13 Administrative

Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) of Imblum Law Offices, P.C.,

by Gary J. Imblum, Counsel for the Debtors in the above matter,

IT IS HEREBY ORDERED AND DECREED that compensation and expenses as

Chapter 13 Administrative Expenses pursuant to 11 U.S.C. §330 and 11 U.S.C. §503(B)(4) will

be allowed for the payment in the sum of $4,829.00 for fees and $274.47 for costs, for a net

amount due of $5,103.47 for the time period of February 4, 2022 through January 28, 2026.