# IMBLUM LAW OFFICES, P.C.

4615 DERRY STREET
HARRISBURG, PA 17111

email: gary.imblum@imblumlaw.com

Gary J. Imblum
Jeffrey L. Troutman (of counsel)

Telephone
717.238.5250
Facsimile
717.558-8990


August 17, 2026

**Via ECF Only**

TO: US BANKRUPTCY COURT - CLERK

RE: Michael Gibbs
Chapter 13 - Bankruptcy Case No. 1:19-bk-04690

Dear Clerk:

Please be advised that the address for the following Creditor has changed. The new address is:

AMERICAN MEDICAL RESPONSE
CO CREDENCE
1111 DIGITAL DR STE 101
RICHARDSON TX 75081-2077

The Creditor's previous address was as follows:

AMERICAN MEDICAL RESPONSE
CO CREDENCE
4222 TRINITY MILLS ROAD STE 260
DALLAS TX 75287-7666

Very truly yours,

IMBLUM LAW OFFICES, P.C.

Gary J Imblum

Gary J. Imblum

GJI/srm