**Fill in this information to identify the case:**

Debtor 1 MICHAEL GIBBS

Debtor 2 (Spouse, if filing) ______

United States Bankruptcy Court for the: MIDDLE District of PA (State)

Case number 1:19-BK-04690-HWV

Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).**

## Part 1: Mortgage Information

**Name of claim holder:** PNC BANK

**Court claim no.** (if known): 19

**Last 4 digits** of any number you use to identify the debtor's account: 3 4 4 5

**Property address:** 210 ARBOR CIRCLE
Number Street

CHESTER PA 19013
City State ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: ______________ (web address).

## Part 3: Arrearages

| | Amount |
|---|---|
| a. Allowed amount of prepetition arrearage: | $ 106,294.74 |
| b. Total amount of prepetition arrearage disbursed by the trustee: | $ 1,266.28 |
| c. Total amount of postpetition arrearage disbursed by the trustee: | $ ______ |
| d. Total amount of arrearages disbursed by the trustee: | $ 1,266.28 |

## Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: ______________________________

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ ________

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on ____________. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

## Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ ________

## Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.**

✘ /s/Donna Schott, Funds Manager
Signature

Date 8 / 28 / 2026

Trustee Jack N Zaharopoulos
First Name Middle Name Last Name

Address 8125 Adams Drive, Suite A
Number Street

Hummelstown PA 17036
City State ZIP Code

Contact phone (717) 566 – 6097

Email info@pamd13trustee.com

**DISBURSEMENT HISTORY**

| DATE | CODE | DESCRIPTION | CREDITOR # | CHECK NO. | AMOUNT |
|---|---|---|---|---|---|
| **PNC BANK** | | **Claim Number 520** | | | |
| Jan 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2021096 | 149.81 |
| Feb 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2022100 | 44.65 |
| Apr 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2024130 | 129.02 |
| May 16, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2025139 | 56.22 |
| Jul 11, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2026994 | 34.44 |
| Aug 09, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2027982 | 25.81 |
| Oct 18, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2029981 | 34.44 |
| Nov 15, 2023 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2030924 | 44.18 |
| Jan 12, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2032778 | 130.89 |
| Apr 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2035630 | 44.18 |
| May 22, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2036635 | 45.81 |
| Jun 18, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2037537 | 65.45 |
| Sep 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2040258 | 22.25 |
| Oct 23, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2041254 | 45.15 |
| Nov 19, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2042220 | 44.18 |
| Dec 17, 2024 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2043161 | 22.25 |
| Jan 15, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2044105 | 196.35 |
| Mar 18, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2046000 | 45.81 |
| May 14, 2025 | DCCP | DISBURSEMENT TO CREDITOR/PRINCIPAL | PNC 3232 | 2047832 | 85.39 |
| **TOTAL FOR PNC BANK** | | | | | **1,266.28** |
| | | | **DISBURSEMENT TOTAL** | | **1,266.28** |

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE<br>MICHAEL GIBBS<br>Debtor | : | |
| JACK N. ZAHAROPOULOS,<br>CHAPTER 13 TRUSTEE,<br>Movant | : | CHAPTER 13 |
| vs. | : | CASE NO. 1:19-BK-04690-HWV |
| MICHAEL GIBBS<br>Respondent | : | |

**CERTIFICATE OF SERVICE**

AND NOW, this 27th day of August 2026, I hereby certify that I have served the foregoing by electronically notifying parties or by depositing a true and correct copy of the same in the United States mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

***VIA ELECTRONIC MAIL SERVICE ONLY***

Office of The United States Trustee
Sylvia H. Rambo United States Courthouse
1501 North 6th Street
Harrisburg, PA 17102

PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

Gary J. Imblum, Esquire
4615 Derry St
Harrisburg PA 17111

***VIA FIRST-CLASS U.S.P.S. MAIL ONLY***

Michael Gibbs
210 Arbor Circle
Chester, PA 19013

PNC Bank, NA
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342

/s/ Donna Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee